# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 19, 2021

162696 & (16)(17)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

BARBARA B. SMITH,
      Plaintiff-Appellee,

v

      SC: 162696
      COA: 356065
      Oakland CC: 2018-168918-NI

JESSICA RAE WOLL and WOLL &
WOLL, PC,
      Defendants-Appellants.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 3, 2021 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for stay is DENIED.

BERNSTEIN, J., not participating because he has a family member with an interest that could be affected by the proceeding.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 19, 2021



Clerk

b0316